# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

**CASE NO.:** CV 07-1669-AHM (PJW)                              **Date:** December 6, 2010

**TITLE:** *Albert Atlas v. San Bernardino County Sheriff's Department*
==================================================================
**PRESENT:**

### HON. PATRICK J. WALSH, MAGISTRATE JUDGE

| Celia Anglon-Reed | N/A |
|---|---|
| **Deputy Clerk** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFF:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**

   None                                                                None


**PROCEEDINGS:** Order to Show Cause

Plaintiff names ten Doe Defendants in the First Amended Complaint ("FAC"). (Docket No. 21.) The time for discovery has passed and he has had over two years to discover those Defendants' identities. *See Gillespie v. Civiletti*, 629 F.2d 637, 642 (9th Cir. 1980) ("[T]he plaintiff should be given an opportunity through discovery to identify the unknown defendants, unless it is clear that discovery would not uncover the identities, or that the complaint would be dismissed on other grounds.").

Plaintiff has until **January 15, 2011** to provide the Court with the names of the unknown Defendants. Failure to do so will result in the Doe Defendants being dismissed without prejudice.

CC:
Albert Atlas                                  James Thebeau
CDC F-04632                                   San Bernardino County Counsel
California State Prison-Solano                385 N. Arrowhead Ave., 4th Flr
P.O. Box 4000                                 San Bernardino, California 92415
Vacaville, California 95696

S:\PJW\Cases-Civil Rights\ATLAS, A 1669\OSC doe defs.wpd


**MINUTES FORM 90**                                          Initials of Deputy Clerk   CA
**CIVIL -- GEN**