UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALBERT ATLAS, | ) | CASE NO. ED CV 07-1669-AHM (PJW) |
| Plaintiff, | ) | |
| v. | ) | J U D G M E N T |
| SAN BERNARDINO COUNTY, et al., | ) | |
| Defendants. | ) | |

For the reasons set forth in the Order filed this day, it is hereby adjudged that the action is dismissed.

DATED: April 6, 2011

**JS-6**

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE